United States District Court
Southern District of Texas
**ENTERED**
August 03, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| KRISTINA D DEGELO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:21-CV-00114 |
| | § | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, | § § | |
| | § | |
| Defendants. | § | |

### MEMORANDUM AND RECOMMENDATION
### TO DISMISS CASE FOR FAILURE TO PROSECUTE

Plaintiff Kristina D. Degelo has filed this *pro se* complaint under the Freedom of Information Act, Title 5, United States Code, Section 552. In a Notice of Deficient Pleading issued on June 10, 2021, Plaintiff was notified that she must submit within twenty days a filing fee of $402.00 for the filing of a civil complaint. (D.E. 3). Plaintiff was warned that failure to comply with the Notice of Deficient Pleading in a timely manner may result in her case being dismissed for want of prosecution.

Plaintiff failed to comply with the Notice of Deficient Pleading and submit the requested information. On July 9, 2021, the undersigned ordered Plaintiff to show cause within twenty days why her case should not be dismissed for want of prosecution. (D.E. 5). The undersigned instructed Plaintiff that she could successfully show cause "by paying the filing fee." (D.E. 5, p. 1). Plaintiff was warned that her failure to comply with the July

9, 2021 Show Cause Order would result in a recommendation to the District Court that this action be dismissed. (D.E. 5, p. 2).

A district court has authority to dismiss a case for want of prosecution or for failure to comply with a court order. Fed. R. Civ. P. 41(b); *see also Martinez v. Johnson*, 104 F.3d 769, 772 (5th Cir. 1997) (holding district courts have the power to *sua sponte* dismiss a cause of action for failure to prosecute). To date, Plaintiff has not responded to the June 10, 2021 Notice of Deficient Pleading or to the July 9, 2021 Show Cause Order. Dismissal is therefore warranted under these circumstances.

Accordingly, it is respectfully recommended that Plaintiff's case be **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b).

Respectfully submitted on August 3, 2021.

_____
Julie K. Hampton
United States Magistrate Judge

## NOTICE TO PARTIES

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel. Within FOURTEEN (14) DAYS after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to Fed. R. Civ. P. 72(b), 28 U.S.C. § 636(b)(1), General Order No. 2002-13, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within FOURTEEN (14) DAYS after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United* Servs*. Auto Ass'n*, 79 F.3d 1415 (5th Cir. 1996)(en banc).